IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTOINE A. CULMER,

    **Plaintiff,**

v.                                                    Case No. 4:24-cv-247-AW-MAF

HEATHER BURLAS, et al.,

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, and having considered de novo the issues raised in Plaintiff's objections (ECF No. 16), I now adopt the report and recommendation (ECF No. 14) and incorporate it into this order. I conclude Plaintiff has not stated any claim.

The clerk will enter a judgment that says, "This case is dismissed on the merits for failure to state a claim." The clerk will then close the file.

SO ORDERED on August 20, 2024.

                                                  s/ *Allen Winsor*
                                                  United States District Judge